## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Minutes of Proceedings before **DONALD C. NUGENT** United States District Judge | DATE: March 24, 2014 |
| | CASE NO. 1:13 CR 113 |
| | COURT REPORTER: George Staiduhar |
| | CHANGE OF PLEA |

UNITED STATES OF AMERICA

       -VS-

BEN LUPO

APPEARANCES:    Plaintiff: Brad J. Beeson, Esq.

                          Defendant: Joseph Gardner, Esq. and Roger Synenberg, Esq.

PROCEEDINGS: The defendant changed his plea to guilty to the Indictment.  Written notice of plea read in open Court.  The defendant is referred to the U.S. Probation department for the preparation of a presentence report.  Sentencing is scheduled for June 16, 2014 at 10:00 a.m.

                                                                           Meggan Rawlin
                                                                           Law Clerk

Length of Proceedings:  __30 minutes_____