UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Minutes of Proceedings before | DATE: August 5, 2014 |
| **DONALD C. NUGENT** | |
| United States District Judge | CASE NO. 4:13 CR 113 |
| | COURT REPORTER: Judy Gage |
| | SENTENCING |

UNITED STATES OF AMERICA

        -VS-

BEN LUPO

APPEARANCES:   Plaintiff: Brad Beeson, Esq.

                          Defendant: Joseph Gardner, Esq. And Roger Synenberg, Esq.

                          Probation: Allen Gold

PROCEEDINGS: Sentencing hearing held.  Testimony of Dr. Thomas Detesco, Stephen Emsbo-Mattingly and Kurt Kollar taken.  The defendant is sentenced to the custody of the Bureau of Prisons for a term of twenty eight months.  The defendant shall self-report as notified.  No term of supervised release ordered. Special assessment is due in the amount of $100.00. A Fine is ordered in the amount of $25,000.00.

                                                            Jeane M. Wells Ruprecht
                                                            Courtroom Deputy

Length of Proceedings:___120 minutes_____